**Order entered December 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01172-CV

### SATFRAZ TAJ AND ZUBEDA TAJ, Appellants

### V.

### HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell

Based on this Court's opinion of this date, we **AFFIRM** the trial court's October 25, 2019 order setting the supersedeas bond. This Court's November 4, 2019 order staying enforcement of the judgment pending its review of the supersedeas bond will be lifted in ten days from the date of this order.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE